| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Mary Shea, 113222<br>SHEA LAW OFFICES<br>851 PROMONTORY DR W<br>NEWPORT BEACH, CA 92660-7361 | (949) 933-0260 | FILED<br>08 FEB 25 PM 3:33 |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>n/a | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | | |
| PLAINTIFF:<br>Lauderbach | | |
| DEFENDANT:<br>State of California | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:07-CV-05500-BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Case, Complaint for Damages

2. Party Served: California Department of Transportation c/o Will Kempton, Director

3. Person Served: Richard Birdsall, Deputy Asst. Chief Counsel - Person authorized to accept service of process

4. Date & Time of Delivery: 2/21/2008    11:44 AM

5. Address, City and State: 1120 N Street
Sacramento, CA 95666

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 0.00

Registered California process server.
County: SACRAMENTO
Registration No.:2005-35

Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd, Suite 223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/21/2008 at Oakland, California.

Signature: _____ BY FAX
Scott Oliver

FF# 6657309