SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco California 94105
Tel: 510-208-4422
Fax: 415-520-9407
shealaw@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| Karen Lauderbach,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>State of California, et al (CALTRANS),<br><br>　　　　Defendant | Case No.: 3:07-cv-0550-BZ<br><br>Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order |

## **APPLICATION**

Plaintiff Karen Lauderbach, by and through her attorney Mary J. Shea, hereby requests that the Court continue the March 10, 2008 Case Management Conference to May 19, 2008.

Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order

- 1 -

Good cause exists for continuance of the Case Management Conference as the Defendant has not appeared in the case was only recently served with the Summons and Complaint.  The delay in service was due to excusable neglect and inadvertence as certain problems and miscommunications occurred relative to the issuance of the Summons.  Those problems have been resolved, the Summons was issued, and the Defendant has been served.

Dated: Wednesday, February 27, 2008          SHEA LAW OFFICES

By:    /s/ Mary J. Shea
Mary J. Shea
Attorney for Plaintiff
Karen Lauderbach

## DECLARATION OF MARY J. SHEA
## IN SUPPORT OF EXPART APPLICAITON

I, Mary J. Shea, declare:

1. I am an attorney at law duly licensed to practice in the State of California and in the United State District Court, Northern District of California. I am the lead attorney for the Plaintiff Karen Lauderbach.

///
///

Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order

2.  The matters stated in this declaration are based upon my own personal knowledge and I could competently testify thereto if called as a witness.

3.  Good cause exists for continuance of the Case Management Conference as the Defendant has not appeared in the case was only recently served with the Summons and Complaint.  The delay in service was due to excusable neglect and inadvertence as certain problems and miscommunications occurred relative to the issuance of the Summons.  Those problems have been resolved, the Summons was issued, and the Defendant has been served.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Oakland, California.

        /s/Mary J. Shea

        Mary J. Shea

Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order

- 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| Karen Lauderbach, ) | Case No.: 3:07-cv-0~~550~~5500-BZ |
| Plaintiff, ) | Order Granting Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; |
| vs. ) | Proposed Order |
| State of California, et al (CALTRANS), ) | |
| Defendant ) | |

    For good cause shown, Plaintiff's Order Granting Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference is hereby granted. The Case Management Conference set for March 10, 2088 is hereby continued to May ~~19~~ 5, 2008 at 4:00 P.M. The Case Management statement shall be due seven (7) Court days before the Conference.

    **IT IS SO ORDERED:**

Dated: February 27, 2008

                                    Bernard Zimmerman
                                    United States District Court
                                    Magistrate Judge

Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Plaintiff's *Ex Parte* Application for Continuance of Case Management Conference; Proposed Order

- 5 -