BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
G. MICHAEL HARRINGTON, Assistant Chief Counsel [SBN 124677]
595 Market Street, Suite 1700
San Francisco, CA 94105
Mail: P.O. Box 7444
San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333

Attorneys for Defendant State of California,
acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LAUDERBACH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION, and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No. 3:07-CV-05500-BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br>**(FRCP 12(b)(6))** |

The motion of Defendant State of California, acting by and through the Department of Transportation ("State"), to dismiss Plaintiff Karen Lauderbach's complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) came on for hearing before this Court, Ms. Mary J. Shea of Shea Law Offices appearing for Plaintiff and Mr. Michael Harrington of the Department of Transportation Legal Division appearing for Defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that

1 | Defendants' motion to dismiss is GRANTED.

2 |     Plaintiff's action against the State is dismissed because it is subject to the bar of the Eleventh
3 | Amendment. It is established that the Eleventh Amendment acts as a bar to an attempt to sue the
4 | State in federal court on claims arising under federal or state law. Because the complaint in its
5 | entirety fails to state any claim for which relief may be granted as against the State, Plaintiff's
6 | complaint is dismissed.

8 | IT IS SO ORDERED.

10 | DATED: _____

_____
The Honorable Bernard Zimmerman
United States District Court
Magistrate Judge

*CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION*
*(Mail: P.O. Box 7444, San Francisco, California 94120-7444)*
*595 Market Street, Suite 1700, San Francisco, California 94105*
*Telephone: (415) 904-5700  Facsimile: (415) 904-2333*