# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 13, 2008

To:   Mary J. Shea
      Shea Law Offices
      425 Market Street, Suite 2200
      San Francisco, CA 94105

      Gerald Michael Harrington
      California Department of Transportation Legal Division
      595 Market Street, Suite 1700
      San Francisco, CA 94105

      Re: Karen Lauderbach v. State of California, et al. - C07-5500 BZ

Dear Counsel:

     At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

     At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

                                                   Sincerely,

                                                     Richard W. Wieking, Clerk
                                                     United States District Court

                                                /s/ Lashanda Scott
                                         By:   Lashanda Scott
                                                   Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd