MARY J. SHEA (SBN 113222)
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Tel: 510-208-4422
Fax: 415-520-9407
shealaw@aol.com

Attorneys for Plaintiff
Karen Lauderbach

Bruce A. Behrens, Chief Counsel
David Gossage, Deputy Chief Counsel
G. Michael Harrington, Assistant Chief Counsel
David N. Sandler (SB# 51499)
595 Market Street, Suite 1700
San Francisco, CA 94105
Mail: P.O. Box 7444
San Francisco, CA 94120-7444
Tel: (415)904-5700, Facsimile: (415)904-2333

Attorneys for Defendant State of California
Acting by and through the Department of Transportation

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LAUDERBACH, | Case No. 3:07-CV-05500-BZ |
| Plaintiff, | **STIPULATION AND ORDER RE REMAND** |
| vs. | |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION, and DOES 1 through 20, Inclusive | |
| Defendants. | |

Pursuant to an agreement reached between Plaintiff KAREN LAUDERBACH and Defendant STATE OF CALIFORNIA ACTING BY AND THOUGH THE DEPARTMENT OF TRANSPORTATION, the parties hereby stipulate, by and through their respective counsel of record, that:

1. This action is to be remanded to the Superior Court of California, County of Alameda;

2. Pursuant to California Code of Civil Procedure §430.90, Defendant will have 30 days to answer or otherwise respond to the complaint, from the day the complaint is filed in the Superior Court of California, County of Alameda; and,

3. By entering into this stipulation Plaintiff is not conceding and does not concede that Defendant's pending Motion to Dismiss has merit.

**IT IS SO STIPULATED**

Dated: 4/18/08

SHEA LAW OFFICES

By: _____
Mary J. Shea

Attorney for Plaintiff

Dated: 4/17/08

State of California, Department of Transportation

By: *David N. Sandler*

DAVID N. SANDLER

Attorney for Defendant

State Department of Transportation

## ORDER

This matter having come before the Court on the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. This action is to be remanded to the Superior Court of California, County of Alameda; and

2. Pursuant to California Code of Civil Procedure §430.90, Defendant will have 30 days from the date of filing of the action in the Superior Court of California, County of Alameda in which to answer or otherwise respond to the complaint;

STIPULATION AND ORDER RE REMAND

3:07-CV-05500-BZ

- 3 --

By entering into this stipulation Plaintiff is not conceding and does not concede that Defendant's pending Motion to Dismiss has merit.

DATED: APRIL 18, 2008

Bernard Zimmerman

United States District Magistrate Judge



IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION AND ORDER RE REMAND　　　3:07-CV 05500-BZ