**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

Alameda County Superior Court
Office of the Clerk
1225 Fallon Street
Oakland, California 94612

RE: <u>Karen Lauderbach -v- State of California, California Department of Transportation</u>
      Case Number: <u>C-07-5500-BZ</u>

Dear Clerk,

    Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by:  <u>Thelma Nudo</u>
              Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg