RECEIVED
08 JUN -9 PM 12:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 23, 2008

General Court Number
415.522.2000

ENDORSED
FILED
ALAMEDA COUNTY

MAY 30 2008

CLERK OF THE SUPERIOR COURT
By _____S. Halcrombe_____
Deputy

Alameda County Superior Court
Office of the Clerk
1225 Fallon Street
Oakland, California 94612

RE: Karen Lauderbach -v- State of California, California Department of Transportation
Case Number: C-07-5500-BZ  & Your Case Number: RG08388914

Dear Clerk,

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg